NUMBER
13-02-272-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

DKW ENERGY, INC.,                                                             Appellant,

 

                                                   v.

 

BLUE CREEK RANCH COMPANY, LLC,                                     Appellee.

____________________________________________________________________

 

                         On
appeal from the 23rd 
District Court

                                 of
Wharton County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                    Before
Justices Dorsey, Hinojosa, and Rodriguez

Opinion
Per Curiam

 








This cause is before the Court on the notice of appeal and appellant=s motion to dismiss
the appeal.  In the motion, appellant
states that the judgment in this cause is not final and that the appeal was
filed prematurely.  Appellant requests
that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 18th
day of July, 2002.